UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA KARIM, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　-v-<br><br>POPPIN FURNITURE, LLC,<br><br>　　　　　　　　Defendant. | CIVIL ACTION NO.: 24 Civ. 1789 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On August 2, 2024, acting <u>sua sponte</u>, the Court extended to August 16, 2024 Defendant Poppin Furniture, LLC's ("Poppin") deadline to file an answer or other pleading responsive to the Complaint. (ECF No. 22). Poppin has failed to do so. Consequently, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Monday, August 26, 2024**, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Jennifer L. Rochon, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Monday, September 9, 2024**.

Dated:　　New York, New York　　　　SO ORDERED.
　　　　　August 19, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**