UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM, on behalf of herself and all others similarly situated,

        Plaintiffs,

-v-

POPPIN FURNITURE, LLC,

        Defendant.

CIVIL ACTION NO. 24 Civ. 1789 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were required to submit by October 3, 2024 a Report of Rule 26(f) Meeting and Proposed Case Management Plan (see ECF No. 25) but failed to do so. As a one-time courtesy, the Court sua sponte extends the parties' deadline to **Tuesday, October 8, 2024.** The parties' failure to abide by this deadline may result in the cancellation of the initial case management conference scheduled for Thursday, October 10, 2024.

Dated:    New York, New York
           October 4, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge