UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM,

                Plaintiff,

-v-

POPPIN FURNITURE, INC.,

                Defendant.

CIVIL ACTION NO. 24 Civ. 1789 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' notice that they have reached a settlement in principle (ECF No. 31), the settlement conference scheduled for **Monday, November 18, 2024 at 2:00 p.m.** is CANCELLED, and all existing deadlines are adjourned <u>sine die</u>.  By no later than **Monday, December 30, 2024**, the parties shall file a stipulation of dismissal for the attention of the Honorable Jennifer L. Rochon.

Dated:      New York, New York
              November 15, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**